IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAREEM MARSHALL,<br><br>　　*Plaintiff*,<br><br>v.<br><br>NATIONAL RECOVERY COLLECTION AGENCY,<br>TRANS UNION, and EXPERIAN,<br><br>　　*Defendants*. | CIVIL ACTION NO.<br>5:23-cv-00417-TES |

**ORDER DISMISSING FOR FAILURE TO COMPLY WITH A COURT ORDER**

Pro se Plaintiff Kareem Marshall filed this lawsuit on October 20, 2023, against Defendants National Recovery Collection Agency, Trans Union, and Experian. [Doc 1]. Plaintiff also filed a motion for leave to proceed *in forma pauperis* ("IFP") [Doc. 2], which the Court granted. *See* [Doc. 5, p. 6]. After screening his Complaint as required by 28 U.S.C. § 1915(e), the Court ordered Plaintiff to amend his Complaint by November 20, 2023. [*Id.*]. Because Plaintiff wholly failed to comply with the Court's order, the Court **DISMISSES** Plaintiff's Complaint **without prejudice** under Federal Rule of Civil Procedure 41(b). *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006).

The Court ordered Plaintiff to amend his complaint by November 20, 2023. [Doc.

5, p. 6]. In its order, the Court listed the deadline in bold font—not once, but twice. [*Id.* at pp. 1, 6]. The Court provided Plaintiff with a series of questions intended to assist him in replacing his extensive legal conclusions with factual allegations that might plausibly state a claim for relief and survive the Court's preliminary screening. [*Id.* at pp. 5–6]. For example, the Court asked the basic questions: "What specifically did each defendant do (or not do) to violate his rights?" and "When did each action occur?" [*Id.*]. November 20 has come and gone, and Plaintiff has not amended his Complaint.

Because Plaintiff has failed to comply with the Court's order to recast his complaint by November 20, 2023, the Court **DISMISSES** Plaintiff's action. *See Brown*, 205 F. App'x at 802.

**SO ORDERED**, this 27th day of November, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**