IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAREEM MARSHALL, | * |
| Plaintiff, | * |
| v. | Case No.   5:23-cv-00417-TES |
| | * |
| NATIONAL RECOVERY COLLECTION AGENCY, TRANS UNION, and EXPERIAN, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of November, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk